**THE ECLIPSE GROUP LLP**
Becky V. Christensen, Esq. (SBN 147013)
Email: bchristensen@eclipsegrp.com
1920 Main Street, Suite 150
Irvine, California  92614
Tel:  (949) 851-5000
Fax:  (949) 851-5051

JS-6

Attorneys for Plaintiff,
CARLINI ENTERPRISES, INC. dba
CARLINI DESIGN and ANTHONY CARLINI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CARLINI ENTERPRISES, INC. dba CARLINI DESIGN, a California corporation, and ANTHONY ("TONY") CARLINI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MONKEY BARS U.S.A., a California corporation; RICHARD ALVAREZ, a resident of California; JAY KITSCH, a resident of California,<br><br>Defendants. | CASE NO.: CV10-7105 RGK (AJWx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed: September 23, 2010 |

1
**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the stipulation of dismissal of all claims, and finding good cause therefore:

IT IS HEREBY ORDERED: that all claims and causes of actions should be dismissed. Each party should bear their own costs and attorney fees.

Dated: January 06, 2011

_____
HON. R GARY KLAUSNER
United States District Judge

2
**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**